

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

NO. 2-09-466-CV

IN RE CITY OF SOUTHLAKE                                                RELATOR

----------

ORIGINAL PROCEEDING

----------

## MEMORANDUM OPINION[1]

----------

We have considered the parties' "Agreed Motion To Dismiss Mandamus Action." It is the court's opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: MCCOY, WALKER, and MEIER, JJ.

DELIVERED: January 14, 2010

---

[1] *... See* Tex. R. App. P. 47.4.